No. 78–5473.  Alvarez v. American Export Lines, Inc. C. A. 3d Cir.  Certiorari denied.

No. 78–5474.  Lomax v. Alabama.  Ct. Crim. App. Ala. Certiorari denied.

No. 78–5476.  Nabkey v. Michigan State Highway Commission.  Ct. App. Mich.  Certiorari denied.

No. 78–5477.  West v. Smith, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.

No. 78–5479.  Hammer v. Indiana.  Sup. Ct. Ind.  Certiorari denied.

No. 78–5481.  Boyd v. Delaware.  Sup. Ct. Del.  Certiorari denied.

No. 78–5484.  Green v. California.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 78–5485.  McDaniel v. Oklahoma.  C. A. 10th Cir. Certiorari denied.

No. 78–5492.  Fowler v. Ohio.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 78–5497.  Childs v. Ohio.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 78–5499.  Williams v. United States.  C. A. 6th Cir. Certiorari denied.

No. 78–5503.  Hall v. Anderson, Warden.  C. A. 6th Cir. Certiorari denied.

No. 78–5517.  Clayton v. Loggins, Correctional Superintendent.  C. A. 9th Cir.  Certiorari denied.